1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA  94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | MANUELA MALDONADO,         )   Case No.:  C10-05191 EMC
                                )
12 |          Plaintiff,        )
                                )
13 | vs.                        )   **STIPULATION TO LIMIT DAMAGES**
                                )   **AND REMAND; [Proposed] ORDER**
14 | TARGET CORPORATION,        )
     Does 1 to 25, Inclusive    )
15 |                            )   Complaint Filed:  July 13, 2010
              Defendants.       )   [Contra Costa County Superior Court Case #C10-02449]
16 |                            )
                                )
17 |                            )
                                )
18

19

20        Plaintiff MANUELA MALDONADO and her attorney, Oscar R. Roesler, Esq. of Law

21 Offices of Arnold Laub, P.C., agree as follows:

22        1.     Plaintiff MANUELA MALDONADO agrees not to seek damages for, nor collect

23 any judgment in excess of $74,999.99, exclusive of interest and costs, in this action.

24        2.     The federal court no longer has jurisdiction of this claim and the parties agree that

25 the matter be remanded to the Superior Court of California, County of Contra Costa for all further

26 proceedings.

27 ///

28 ///

                       Stipulation to Limit Damages and Remand - C10-05191 EMC

3.   Plaintiff's agreement to limit her claim for damages will be binding in the state court action after remand.

DATED: November 16, 2010

By: _____/S/_____
MANUELA MALDONADO
Plaintiff

DATED: December 10, 2010          LAW OFFICES OF ARNOLD LAUB, PC

By: _____/S/_____
OSCAR R. ROESLER, ESQ.
Attorney for Plaintiff
MANUELA MALDONADO

DATED: November 16, 2010          BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____/S/_____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

**ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

The above-captioned matter is remanded to the Superior Court of California, County of Contra Costa.

DATED:  1/31/11

By:_____
U.

IT IS SO ORDERED
Judge Edward M. Chen

26555\52270

Stipulation to Limit Damages and Remand - C10-05191 EMC